UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LOU BRANDON AND HILLARY WRIGHT,

                                Plaintiff,        **NOTICE OF APPEARANCE**

           -against-

                                                   22-CV-3137 (JGK)

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD POLICE OFFICER DAVID JOHNSON, and NYPD MEMBER DOES 1-14,

                                Defendants.

------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Carolyn K. Depoian**, Senior Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for defendant the City of New York in this action. I am admitted to practice in this District.

Dated:       New York, New York
               May 4, 2022

                                             Respectfully submitted,

                                             Hon. Sylvia O. Hinds-Radix
                                             Corporation Counsel of the City of New York
                                             *Attorney for Defendant*
                                             100 Church Street, Room 3-211
                                             New York, New York 10007
                                             (212) 356-2358
                                             cdepoian@law.nyc.gov

                                             _____/s Carolyn K. Depoian_____
                                             By:  Carolyn K. Depoian