UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOU BRANDON ET AL.,

                Plaintiffs,        22-cv-3137 (JGK)

  - against -                     ORDER

CITY OF NEW YORK ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The summons and complaint were served on the defendants on April 28, 2022. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was May 19, 2022.

    The time to respond to the complaint is extended to **June 13, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendants.

SO ORDERED.

Dated:    New York, New York
           May 27, 2022

                                        John G. Koeltl
                              United States District Judge