UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LOU BRANDON AND HILLARY WRIGHT,

                      Plaintiff,        **NOTICE OF APPEARANCE**

   -against-

                                         22-cv-3137 (JGK)

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD POLICE OFFICER DAVID JOHNSON, and NYPD MEMBER DOES 1-14,

                      Defendants.

------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that **Steve Stavridis**, Senior Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for defendant the City of New York in this action. I am admitted to practice in this District.

Dated:        New York, New York
                June 3, 2022

                                              Respectfully submitted,

                                              Hon. Sylvia O. Hinds-Radix
                                              Corporation Counsel of the City of New York
                                              *Attorney for Defendant City of New York*
                                              100 Church Street, Room 3-146
                                              New York, New York 10007
                                              (212) 356-2687
                                              sstavrid@law.nyc.gov

                                              *s/ Steve Stavridis*
                                              By:  Steve Stavridis