| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |
|---|---|
| | GPS and Timestamp: 40.71359378333333, -74.0101834 |
| | 1655385966062 |

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| LOU BRANDON AND HILLARY WRIGHT | Index No: |
| Defendant / Respondent: | 22-CV-3137 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on <u>Thu, Jun 16 2022</u> AT <u>09:26 AM</u> AT <u>100 CHURCH STREET, NEW YORK, NY 10038</u> deponent served the within <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION WITH SDNY RULES AND INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL</u> on <u>MAYOR BILL DE BLASIO</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation/Entity:** <u>MAYOR BILL DE BLASIO</u> a defendant, therein named, by delivering a true copy of each to <u>Inez Contreras</u> personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be <u>Clerk</u> thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: 35 | Ethnicity: Hispanic | Gender: Female | Weight: 170 |
|---|---|---|---|
| Height: 5'4" | Hair: Brown | Eyes: Brown | Relationship: Clerk |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 18th day of June 2022

_____  
Mitchell Raider  
1450036

_____  
Notary Public

JANET RAIDER  
NOTARY PUBLIC-STATE OF NEW YORK  
No. 01RA6341022  
Qualified in Nassau County  
My Commission Expires 05-02-2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF<br>GPS and Timestamp: 40.71149004673609, -74.00294647652112<br>1655306509640 |

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>LOU-BRANDON AND HILLARY WRIGHT | **AFFIDAVIT OF SERVICE**<br>Index No: |
| **Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | 22-CV-3137 |

The undersigned being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Jun 15 2022 AT 11:22 AM AT ONE POLICE PLAZA, NEW YORK, NY 10007 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION WITH SDNY RULES AND INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL on NYPD COMMISSIONER DERMOT SHEA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Bono Giorgio a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, ONE POLICE PLAZA, NEW YORK, NY 10007, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Jun 15 2022 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 40 | Ethnicity: Middle Eastern | Gender: Female | Weight: 160 |
|---|---|---|---|
| Height: 5'8" | Hair: Black | Eyes: Brown | Relationship: Community assistant |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 18th day of June 2022

_____  _____
Mitchell Raider           Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |
| | GPS and Timestamp: 40.71239766470488, -74.00227628267294<br>1655306377311 |

| | |
|---|---|
| Plaintiff / Petitioner:<br>LOU BRANDON AND HILLARY WRIGHT<br>Defendant / Respondent:<br>THE CITY OF NEW YORK ET AL | AFFIDAVIT OF SERVICE<br>Index No:<br>22-CV-3137 |

The undersigned being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Jun 15 2022 AT 11:21 AM AT ONE POLICE PLAZA, NEW YORK, NY 10007 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION WITH SDNY RULES AND INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL on NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Bono Giorgio a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, ONE POLICE PLAZA, NEW YORK, NY 10007, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Jun 15 2022 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | | |
|---|---|---|---|---|
| Age: 40 | Ethnicity: Middle Eastern | Gender: Female | | Weight: 160 |
| Height: 5'8" | Hair: Black | Eyes: Brown | | Relationship: Community assistant |
| Other | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 15th day of June 2022

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024