```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LOU BRANDON, ET AL.,

                Plaintiffs,        22-cv-3137 (JGK)

    - against -                ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 2, 2022.

SO ORDERED.
Dated:    New York, New York
          August 12, 2022

                                            John G. Koeltl
                                  United States District Judge

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22-cv-03137-JGK
## Internal Use Only

Brandon et al v. City of New York et al
Assigned to: Judge John G. Koeltl
Cause: 42:1983 Civil Rights Act

Date Filed: 04/15/2022
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Lou Brandon**　　　　　　　　　　　　　represented by **Elena Louisa Cohen**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cohen Green PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1639 Centre Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 216
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ridgewood, NY 11385
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　929-888-9650
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: elenacohenesq@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gideon Orion Oliver**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gideon Orion Oliver
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　277 Broadway, Suite 1501
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　646-263-3495
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 646-349-2914
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: gideon@gideonlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Remy Green**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cohen&Green P.L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1639 Centre Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 216
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11385
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ridgewood, NY 11207
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　929-888-9480
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 929-888-9457
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: remy@femmelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hillary Wright**　　　　　　　　　　　　represented by **Elena Louisa Cohen**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gideon Orion Oliver**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of New York**      represented by **Carolyn Kay Depoian**
New York City Law Department
100 Church Street
Rm. 2-303B
New York, NY 10007
(212) 442-1048
Fax: (212) 788-9776
Email: cdepoian@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve Stavridis**
New York City Law Department
100 Church Street Room 6-188
New York, NY 10007
(212)-788-8698
Fax: (212)-788-9776
Email: sstavrid@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mayor Bill De Blasio**      represented by **Steve Stavridis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dermot Shea**      represented by **Steve Stavridis**
*Commissioner, New York City Police*      (See above for address)
*Department (NYPD)*      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Terrance Monahan**      represented by **Steve Stavridis**
*NYPD Chief of Department*      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NYPD Police Officer David Johnson**      represented by **Steve Stavridis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

NYPD Member Does 1-14

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2022 | 1 | COMPLAINT against Bill De Blasio, David Johnson, Terrance Monahan, NYPD Member Does 1-14, Dermot Shea, The City Of New York,. (Filing Fee $ 402.00, Receipt Number ANYSDC-26017223)Document filed by Lou Brandon, Hillary Wright..(Green, Remy) (Entered: 04/15/2022) |
| 04/15/2022 | 2 | CIVIL COVER SHEET filed..(Green, Remy) (Entered: 04/15/2022) |
| 04/15/2022 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 20-cv-8924. Document filed by Lou Brandon, Hillary Wright..(Green, Remy) (Entered: 04/15/2022) |
| 04/15/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT (NYPD) COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD POLICE OFFICER DAVID JOHNSON, re: 1 Complaint. Document filed by Lou Brandon, Hillary Wright..(Green, Remy) (Entered: 04/15/2022) |
| 04/18/2022 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Remy Green. The party information for the following party/parties has been modified: The City of New York, Dermot Shea, Terence Monahan. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party text was omitted;. (sj) (Entered: 04/18/2022) |
| 04/18/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Unassigned. (sj) (Entered: 04/18/2022) |
| 04/18/2022 | | Case Designated ECF. (sj) (Entered: 04/18/2022) |
| 04/18/2022 | | CASE REFERRED TO Judge Colleen McMahon as possibly related to 1:20cv8924. (sj) (Entered: 04/18/2022) |
| 04/18/2022 | 5 | ELECTRONIC SUMMONS ISSUED as to City of New York, Bill De Blasio, David Johnson, Terrance Monahan, Dermot Shea. (sj) (Entered: 04/18/2022) |
| 04/18/2022 | | NOTICE OF PARTICIPATION IN LOCAL CIVIL RULE 83.10 (FORMERLY THE SECTION 1983 PLAN) : Unless otherwise ordered, this case shall participate in the Southern District of New York's Local Civil Rule 83.10. Please reference the Court's website, www.nysd.uscourts.gov, to review Local Civil Rule 83.10, updated 4/1/2015, for important information.(jpt) (Entered: 04/18/2022) |
| 04/18/2022 | | CASE DECLINED AS NOT RELATED. Case referred as related to 1:20-cv-08924-CM and declined by Judge McMahon and returned to wheel for assignment. (aea) (Entered: 04/18/2022) |
| 04/18/2022 | | NOTICE OF CASE REASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (aea) (Entered: 04/18/2022) |
| 04/18/2022 | | Magistrate Judge Katharine H. Parker is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (aea) (Entered: 04/18/2022) |
| 04/25/2022 | 6 | NOTICE OF APPEARANCE by Elena Louisa Cohen on behalf of Lou Brandon, |

| | | |
|---|---|---|
| | | Hillary Wright..(Cohen, Elena) (Entered: 04/25/2022) |
| 04/25/2022 | 7 | NOTICE OF APPEARANCE by Gideon Orion Oliver on behalf of Lou Brandon, Hillary Wright..(Oliver, Gideon) (Entered: 04/25/2022) |
| 04/29/2022 | 8 | SUMMONS RETURNED EXECUTED. City of New York served on 4/28/2022, answer due 5/19/2022; David Johnson served on 4/28/2022, answer due 5/19/2022. Service was accepted by Lieutenant Badillo for defendant PO David Johnson; Clerk Lamar Reid for defendant City of NY. Document filed by Lou Brandon; Hillary Wright..(Green, Remy) (Entered: 04/29/2022) |
| 05/04/2022 | 9 | NOTICE OF APPEARANCE by Carolyn Kay Depoian on behalf of City of New York..(Depoian, Carolyn) (Entered: 05/04/2022) |
| 05/12/2022 | | Minute Entry for proceedings held before Judge John G. Koeltl: Initial Conference set for 7/11/2022 at 02:30 PM before Judge John G. Koeltl. Dial-in: 888 363-4749, with access code 8140049. (Fletcher, Donnie) (Entered: 05/12/2022) |
| 05/27/2022 | 10 | ORDER: The time to respond to the complaint is extended to June 13, 2022. Failure to respond to the complaint by this date could result in default judgment being entered against the defendants. City of New York answer due 6/13/2022; Bill De Blasio answer due 6/13/2022; David Johnson answer due 6/13/2022; Terrance Monahan answer due 6/13/2022; NYPD Member Does 1-14 answer due 6/13/2022; Dermot Shea answer due 6/13/2022. (Signed by Judge John G. Koeltl on 5/27/2022) (ate) (Entered: 05/27/2022) |
| 06/03/2022 | 11 | NOTICE OF APPEARANCE by Steve Stavridis on behalf of City of New York..(Stavridis, Steve) (Entered: 06/03/2022) |
| 06/22/2022 | 12 | SUMMONS RETURNED EXECUTED. Bill De Blasio served on 6/16/2022, answer due 7/7/2022; Terrance Monahan served on 6/15/2022, answer due 7/6/2022; Dermot Shea served on 6/15/2022, answer due 7/6/2022. Service was accepted by Bono Giorgio, Community Assistant, for defendant NYPD Commissioner Dermot Shea and defendant NYPD Chief of Department Terence Monahan; Inez Contreras, Clerk, for defendant Mayor Bill de Blasio. Document filed by Lou Brandon; Hillary Wright..(Green, Remy) (Entered: 06/22/2022) |
| 07/06/2022 | 13 | LETTER MOTION for Extension of Time to File Answer addressed to Judge John G. Koeltl from Steve Stavridis dated July 6, 2022. Document filed by City of New York..(Stavridis, Steve) (Entered: 07/06/2022) |
| 07/07/2022 | 14 | ORDER: granting 13 Letter Motion for Extension of Time to Answer re 13 LETTER MOTION for Extension of Time to File Answer. addressed to Judge John G. Koeltl from Steve Stavridis dated July 6, 2022. Time for all defendants to respond to the complaint extended to August 15, 2022. Conference adjourned to Thursday, September 8, 2022, at 12:30 p.m. SO ORDERED. City of New York answer due 8/15/2022; Bill De Blasio answer due 8/15/2022; David Johnson answer due 8/15/2022; Terrance Monahan answer due 8/15/2022; NYPD Member Does 1-14 answer due 8/15/2022; Dermot Shea answer due 8/15/2022. (Signed by Judge John G. Koeltl on 7/07/2022) (ama) (Entered: 07/07/2022) |
| 07/07/2022 | | Set/Reset Hearings: Initial Conference set for 9/8/2022 at 12:30 PM before Judge John G. Koeltl. (ama) (Entered: 07/07/2022) |
| 08/11/2022 | 15 | ANSWER to 1 Complaint with JURY DEMAND. Document filed by City of New York, Bill De Blasio, David Johnson, Terrance Monahan, Dermot Shea..(Stavridis, Steve) (Entered: 08/11/2022) |