AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | | |
|---|---|---|
| Lou Brandon and Hillary Wright ) | | |
| *Plaintiffs* ) | | |
| v. ) | Case No. | 22-cv-03137 (JGK) |
| City of New York et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, as co-counsel.

Date:     09/05/2022

Maryanne K. Kaishian, 5399100
*Printed name and bar number*

*Of Counsel,* Cohen&Green PLLC

1639 Centre St.
Ridgewood, Queens, NY 11385

*Address*

mk@femmelaw.com
*E-mail address*

(347) 300-8904
*Telephone number*

(929) 888-9457
*FAX number*