UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOU BRANDON,

                Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

                Defendants.

---

22-cv-3137 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The matter has been selected for mediation.

    The parties shall advise the Court on the status of this case within 7 days after the conclusion of mediation. All conferences are adjourned pending the outcome of mediation.

SO ORDERED.

Dated:    New York, New York
            September 15, 2022

                                           John G. Koeltl
                                     United States District Judge