

October 21, 2022

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

By Electronic Filing.

    Re:    *Brandon et al. v. City of New York et al.,* **No. 22-cv-03137 (JGK).**

Dear Judge Koeltl:

    I am co-counsel in the matter of *Brandon et al. v. City of New York et al.* (22-cv-03137) (JGK). In accordance with this Court's order to select a mediation date by October 21, 2022, the parties met with Judge Weiner on October 7, 2022 to set a mediation schedule.

    However, the SDNY Mediation Office informed the parties today, October 21, that Judge Weiner is no longer available to consult in this matter. As such, the Mediation Office has requested that the parties confer and provide a new mediation date by Friday, October 28. The Mediation Office will assign a mediator accordingly.

    The parties are therefore requesting an enlargement until October 28, 2022 to provide a mediation date to this Court.

    As always, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____
    M.K. Kaishian
    *Of Counsel*, Cohen&Green P.L.L.C.
    1639 Centre St., Ste. 216
    Ridgewood, Queens, NY

CC:
All counsel of record by ECF.

 Page 1 of 1

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York  ·  11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com