USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOU BRANDON, et al.,

                    Plaintiffs,

        -v.-

CITY OF NEW YORK, et al.,

                    Defendants.

22 Civ. 3137 (JHR)

NOTICE OF INITIAL PRETRIAL
CONFERENCE

JENNIFER H. REARDEN, District Judge:

Unless and until the Court orders otherwise, counsel for all parties shall appear for an initial pretrial conference, via Microsoft Teams, on **April 25, 2023** at **11:30 A.M.**  The parties will receive log-in credentials via email.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 981 423 386#.

All counsel are required to register promptly as filing users on ECF and to familiarize themselves with the S.D.N.Y. ECF Rules & Instructions, which are available at https://nysd.uscourts.gov/electronic-case-filing.  **All counsel must also familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden**.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.  Additionally, in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, the parties are hereby ORDERED to file on ECF a proposed amended Civil Case Management Plan and Scheduling Order attached as an exhibit to a joint letter that addresses whether the parties need additional time to complete fact and expert discovery (and how much time is needed), no later than **one week prior to the conference date**.  In the interim, **the parties' fact and expert discovery deadlines are extended to the date of the conference**. The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.  At that time, one courtesy copy of the pleadings should also be emailed to ReardenNYSDChambers@nysd.uscourts.gov.  Any open legal issues can be addressed at the conference.

Plaintiffs' counsel is directed to file a stipulation of discontinuance or voluntary dismissal, or other proof of termination on the docket dismissing Plaintiff Lou Brandon's claims

against Defendants, **within 30 days of this Order**.  If the other Plaintiffs settle their claims against Defendants prior to the date of the conference, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* S.D.N.Y. ECF Rules & Instructions §§ 13.17-13.18, 13.20, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

     **Any future requests for an extension or adjournment must be made in accordance with the Court's Individual Rules and Practices in Civil Cases, including Rule 2.E.**  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

     **Counsel who have entered a notice of appearance as of the date of this Order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order and the Court's Individual Rules and Practices in Civil Cases forthwith, and (2) to file proof of such notice with the Court.**  If unaware of the identity of counsel for any of the parties, counsel receiving this Order must forthwith send a copy of this Order and the Court's Individual Rules and Practices in Civil Cases to that party personally.

     SO ORDERED.

Dated: February 15, 2023
       New York, New York

                          JENNIFER H. REARDEN
                          United States District Judge