

February 2, 2023

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

<u>By Electronic Filing.</u>

  Re: <u>Brandon, et al., v. City of New York, et al.</u>, 22-cv-3137 (JHR)(KHP)

Dear Judge Rearden:

  I am co-counsel for Plaintiffs, Lou Brandon and Hillary Wright. We write on behalf of Plaintiff Brandon to respectfully request an extension of time to file the stipulation of discontinuance for Mx. Brandon's claims from tomorrow to April 17. This is the first such request and Defendants consent to this request. The reason for this request is that we are still gathering information regarding any Medicaid and hospital liens that might be owed by Mx. Brandon, which is necessary information to finalize the settlement and lien paperwork.

  We all thank the Court for its attention to this matter.

                Respectfully submitted,

                /s/
                _____
                Jessica Massimi
                **COHEN&GREEN P.L.L.C.**
                *Attorneys for Plaintiff*
                1639 Centre St., Suite 216
                Ridgewood, New York 11385

cc:
All relevant parties by ECF.

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com