

February 2, 2023

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

By Electronic Filing.

Re:   **Brandon, et al., v. City of New York, et al.**, 22-cv-3137 (JHR)(KHP)

Dear Judge Rearden:

I am co-counsel for Plaintiffs, Lou Brandon and Hillary Wright. We write on behalf of Plaintiff Brandon to respectfully request an extension of time to file the stipulation of discontinuance for Mx. Brandon's claims from tomorrow to April 17. This is the first such request and Defendants consent to this request. The reason for this request is that we are still gathering information regarding any Medicaid and hospital liens that might be owed by Mx. Brandon, which is necessary information to finalize the settlement and lien paperwork.

We all thank the Court for its attention to this matter.

Plaintiff Lou Brandon's request on consent for an extension to file a stipulation of discontinuance (ECF No. 28) is GRANTED. Plaintiff Brandon shall file a stipulation of discontinuance by April 17, 2023. SO ORDERED.

*/s/ Jennifer H. Rearden*
March 17, 2023

Respectfully submitted,

/s/
_____
Jessica Massimi
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023