UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LOU BRANDON AND HILLARY WRIGHT,

                                        Plaintiff,

                    -against-

CITY OF NEW YORK, MAYOR BILL DE BLASIO;          **STIPULATION AND**
NEW YORK CITY POLICE DEPARTMENT ("NYPD")         **ORDER OF DISMISSAL**
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF          **FOR PLAINTIFF LOU**
DEPARTMENT TERENCE MONAHAN; NYPD POLICE          **BRANDON**
OFFICER DAVID JOHNSON, AND NYPD MEMBER
DOES 1-14,                                       22-cv-03137 (JGK)

                                        Defendants.

------------------------------------------------------------------------x

        **WHEREAS,** plaintiff Lou Brandon and defendants have reached a settlement

agreement and now desire to resolve the remaining issues raised in this litigation, without further

proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

        1.      The action by plaintiff Lou Brandon is hereby dismissed with prejudice; and


                [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        March 23, 2023

Elena L. Cohen, Esq.
*Attorney for Plaintiff*
1639 Centre Street
Suite 216
Ridgewood, NY 11385
(929) 888-9650
Email: elena@femmelaw.com


By: _____
        Elena L. Cohen, Esq.

HON. SYLVIA O. HINDS RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007
sstavrid@law.nyc.gov
(212) 356-2687


By: _____
        Steve Stavridis
        *Assistant Corporation Counsel*



SO ORDERED:


Honorable Jennifer H. Rearden
United States District Judge

Dated: _____, 2023

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LOU BRANDON AND HILLARY WRIGHT,

                                        Plaintiff,

            -against-

CITY OF NEW YORK, MAYOR BILL DE BLASIO;          **STIPULATION AND**
NEW YORK CITY POLICE DEPARTMENT ("NYPD")         **ORDER OF DISMISSAL**
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF
DEPARTMENT TERENCE MONAHAN; NYPD POLICE          22-cv-03137 (JGK)
OFFICER DAVID JOHNSON, AND NYPD MEMBER
DOES 1-14,

                                        Defendants.

------------------------------------------------------------------------x

**WHEREAS,** plaintiff Lou Brandon commenced this action by filing a complaint on or about April 15, 2022, alleging that defendants, City Of New York, Mayor Bill De Blasio; Dermot Shea; Terence Monahan and David Johnson (collectively "defendants"), violated plaintiff Brandon's federal civil and state common law rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff Brandon's allegations; and

**WHEREAS,** plaintiff Brandon and defendants now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

**WHEREAS,** plaintiff Brandon' has authorized their counsel, Jessica Massimi, Esq., to settle this matter on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.    Plaintiff Brandon's complaint is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2.    Defendant City of New York hereby agrees to pay plaintiff Brandon the sum of TWENTY SEVEN THOUSAND, FIVE HUNDRED DOLLARS ($27,500.00) in full satisfaction of all claims,

including claims for costs, expenses and attorneys' fees.  In consideration for the payment of these sums, plaintiff Brandon agrees to the dismissal of all the claims against all defendants and to release defendants City Of New York, Mayor Bill De Blasio; Dermot Shea; Terence Monahan and David Johnson, their successors or assigns, and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiffs' civil rights and any and all related state law claims, from the beginning of the world to the date of the General Releases, including claims for costs, expenses, and attorneys' fees.

3.     Plaintiff Brandon shall execute and serve on defendants' attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9, and an Affidavit of Status of Liens.  Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter.  A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4.     Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff Brandon's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

5.     Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.     Plaintiff Lou Brandon agrees to hold harmless defendants City Of New York, Mayor Bill De Blasio; Dermot Shea; Terence Monahan and David Johnson, regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter.  If Medicare claims are not satisfied, defendant and the City of New York reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

7.     The dismissal of plaintiff Brandon's action as set forth above shall have no affect upon the action brought by plaintiff Hillary Wright.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

8.    This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
          March 23, 2023

Elena L. Cohen, Esq.
*Attorney for Plaintiff*
1639 Centre Street
Suite 216
Ridgewood, NY 11385
(929) 888-9650
Email: elena@femmelaw.com

By: _____
          Elena L. Cohen, Esq.

HON. SYLVIA O. HINDS RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007
sstavrid@law.nyc.gov
(212) 356-2687

By: _____

Steve Stavridis
*Assistant Corporation Counsel*