

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**STEVE STAVRIDIS**
Senior Counsel
Phone: (212) 356-2687
Fax: (212) 356-3508
sstavrid@law.nyc.gov

April 18, 2023

**VIA E.C.F.**
Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Wright v. City of New York et al.
                22-cv-03137 (JGK)

Your Honor:

        I am an Assistant Corporation Counsel representing defendants in the referenced matter.  I write respectfully on behalf of both parties pursuant to the Court's Order dated February 15, 2023.  ECF No. 27.

        The parties have conferred with each other on the subjects to be considered in the Rule 16 conference scheduled for April 25, 2023 at 11:30 a.m.  Submitted as an exhibit hereto is a proposed amended Civil Case Management Plan and Scheduling Order for the Court's consideration.  As indicated in the proposed Plan, the parties are not seeking additional time to complete discovery beyond the normal parameters set forth in the Court's Individual Rules and Practices.

        I thank the Court for its consideration of the foregoing

                              Respectfully submitted,

                              s/ *Steve Stavridis*

                              Steve Stavridis
                              Senior Counsel

Encl.
cc: All Counsel of record (via ECF)