UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY WRIGHT,<br><br>                              Plaintiff,<br><br>           -v.-<br><br>CITY OF NEW YORK et al.,<br><br>                              Defendants. | 22 Civ. 3137 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Pursuant to the April 25, 2023 Civil Case Management Plan and Scheduling Order, ECF No. 33, and the Court's August 28, 2023 Order, ECF No. 37, discovery in this matter closed on October 9, 2023. The parties have not filed any motions for summary judgment—or any letters indicating an intent to move for summary judgment—by the subsequent deadline. *See* Fed. R. Civ. P. 56(b) ("Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery."); ECF No. 33 at 5 ("Summary judgment motions . . . shall be filed within 30 days of the close of fact or expert discovery (whichever is later)."). Moreover, "[b]y no later than the completion of depositions," the parties were directed to "file a joint letter informing the Court whether referral to a Magistrate Judge for settlement and/or a status conference before Judge Rearden would be productive." ECF No. 33 at 7. The parties did not do so.

      Accordingly, no later than **February 6, 2025**, the parties shall file a joint letter advising the Court of the current status of this case and any proposed next steps.

      SO ORDERED.

Dated: January 28, 2025
       New York, New York

                                                    JENNIFER H. REARDEN
                                                    United States District Judge