UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

HILLARY WRIGHT,

       Plaintiff,

   -v.-

CITY OF NEW YORK et al.,

       Defendants.

22 Civ. 3137 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

 On January 28, 2025, the Court ordered the parties to file "a joint letter advising the Court of the current status of this case and any proposed next steps" by "no later than **February 6, 2025**." ECF No. 38.  The parties have not filed a joint letter or otherwise responded to the Court's Order.

 The deadline to file the joint letter is extended *sua sponte* and *nunc pro tunc* to **February 20, 2025**.  Should the parties fail to file the joint letter, Plaintiff will be required to show cause why this case should not be dismissed for failure to prosecute and failure to comply with Court orders, *see* ECF No. 33 at 7; ECF No. 38, pursuant to Federal Rule of Civil Procedure 41(b).

 SO ORDERED.

Dated: February 13, 2025
   New York, New York

                  _____
                  JENNIFER H. REARDEN
                  United States District Judge