

February 13, 2025

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 100077

By Electronic Filing.

Re:  Wright v. City of New York, et al., 22-cv-3137 (JHR)(KHP)

Dear Judge Rearden:

I am co-counsel for Plaintiffs in the case above.  Per the Court's Order at ECF No. 38, I write to provide and update and clarification on the status of this case.

With apologies for failure to file it, some time after Plaintiff Brandon settled with Defendants (ECF No. 31), Plaintiff Wright and Defendants also executed a settlement.  I am filing it contemporaneously with this letter. The parties apologize for failing to file the settlement, and appreciate the Court's raising the issue.

I also should note that I had surgery in the last week of January, and had finalized this letter and thought I'd filed it then.  I sincerely apologize again.

As always, we thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____
J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.