USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

LOU BRANDON AND HILLARY WRIGHT,

                                  Plaintiff,

     -against-

CITY OF NEW YORK, MAYOR BILL DE BLASIO;
NEW YORK CITY POLICE DEPARTMENT ("NYPD")
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF
DEPARTMENT TERENCE MONAHAN; NYPD POLICE
OFFICER DAVID JOHNSON, AND NYPD MEMBER
DOES 1-14,

                                  Defendants.

------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL FOR PLAINTIFF HILLARY WRIGHT**

22-cv-03137 (JHR)

      **WHEREAS,** plaintiff Hillary Wright and defendants have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The action by plaintiff Hillary Wright is hereby dismissed with prejudice; and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
             December 11 , 2023

COHEN & GREEN PLLC
Elena L. Cohen, Esq.
1639 Centre Street, Suite 216
Queens, NY 11385
Elena@femmelaw.com

By: _____
        Elena L. Cohen, Esq.

The Court shall retain jurisdiction over this action for purposes of enforcing the settlement agreement. The Clerk of Court is directed to close the case.

HON. SYLVIA O. HINDS RADIX
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007
sstavrid@law.nyc.gov
(212) 356-2687

By: _____
Steve Stavridis
*Assistant Corporation Counsel*

SO ORDERED:

Honorable Jennifer H. Rearden
United States District Judge

Dated: March 22, 2025 , 2023

2